UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARGARET KINNEY, *et al.*, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | No. 3:21-CV-131-TAV-JEM |
| ) | |
| F. SCOTT MILLIGAN, *et al.*, ) | |
| ) | |
| Appellees. ) | |

# **ORDER**

This matter is before the undersigned by Order of the District Judge [Doc. 22] for consideration of the Intervenor's Motion for Designation of Additional Items for Inclusion in Record on Appeal and Adoption of Appellee's Designation of Additional Items for Inclusion in Record on Appeal [Doc. 16] and Request for Expansion of Page Limit and Word Count for Responsive Brief [Doc. 20]. No party has filed a response to these motions, and the time for doing so has expired. *See* E.D. Tenn. L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought.").

Based on the Court's review of the motions and the record in its entirety, the Court finds that the motions [**Docs. 16 & 20**] are well taken and hereby **GRANTS** the motions. The Court **ORDERS** Appellants to file any necessary reply brief within **fourteen (14) days** of entry of this Order. The Court **DIRECTS** the Clerk to enter the following documents from the main bankruptcy case of *In re: Margaret Elizabeth Kinney*, Case No. 3:20-bk-30540-SHB as a supplement to the record on appeal:

1. The Docket Sheet and history in the main bankruptcy case of *In re: Margaret Elizabeth Kinney*, Case No. 3:20-bk-30540-SHB;

2. Transcript re: Appeal of Hearing Held on March 11, 2020 (Docket No. 246);

3. Transcript re: Appeal of Hearing Held on May 21, 2020 (Docket No. 247);

4. Transcript re: Appeal of Hearing Held on July 2, 2020 (Docket No. 248); and

5. Transcript re: Appeal of Hearing Held on July 9, 2020 (Docket No. 249).

The Court further **DIRECTS** the Clerk to enter the following documents from the adversary proceeding of the case of *Margaret Elizabeth Kinney and William Kinney vs. Anderson lumber Company, Inc., Blue Tarp Financial, Inc., and Kizer & Black, Attorneys, PLLC*, Case No. 3:20-ap-03028-SHB, which was filed in the bankruptcy case of *In re: Margaret Kinney*, Case No. 3:20-bk-30540-SHB, in the Bankruptcy Court of the Eastern District of Tennessee, as a supplement to the record on appeal:

1. The docket sheet and history in the adversary proceeding of the case of *Margaret Elizabeth Kinney and William Kinney vs. Anderson Lumber Company, Inc., Blue Tarp Financial, Inc., and Kizer & Black, Attorneys, PLLC*, Case No. 3:20-ap-03028-SHB, which was filed in the Bankruptcy Court of the Eastern District of Tennessee; and

2. Order (Docket No. 149).

IT IS SO ORDERED.

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge

2

Case 3:21-cv-00131-TAV-JEM   Document 25   Filed 02/02/22   Page 2 of 2   PageID #: 4444