UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br><br>MARGARET ELIZABETH KINNEY,<br><br>    Debtor,<br><br>MARGARET KINNEY and<br>WILLIAM KINNEY,<br><br>    Appellants,<br><br>v.<br><br>F. SCOTT MILLIGAN and<br>ANDERSON LUMBER CO., INC.,<br><br>    Appellees. | No.: 3:21-CV-131-TAV-JEM |

## ORDER

For the reasons stated in the memorandum opinion entered contemporaneously with this Order, appellants are not entitled to relief on appeal. The Court hereby **ACCEPTS IN WHOLE** the R&R [Doc. 27] and **GRANTS** the motion to partially dismiss [Doc. 17]. Additionally, all of Judge Bauknight's decisions are **AFFIRMED**. The instant appeal is **DISMISSED**. As no further matters remain for adjudication, the Court **DIRECTS** the Clerk of Court to **CLOSE** the case.

IT IS SO ORDERED.

                                         s/ Thomas A. Varlan
                                         UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    LeAnna R. Wilson
  CLERK OF COURT